UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHIMON FRIEDMAN,  :
           Plaintiff,  :
v.  :    **ORDER OF DISMISSAL**
  :
EQUIFAX INFORMATION SERVICES, LLC,  :    21 CV 8155 (VB)
and DISCOVER FINANCIAL SERVICES,  :
           Defendants.  :
--------------------------------------------------------------x

    The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 7, 2022. To be clear, any application to restore the action must be filed by February 7, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close the case.

Dated: December 7, 2021
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge